An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NEILL SAMUELL A/K/A FRED WILSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66370

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to withdraw a guilty plea.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

We conclude that the district court properly construed appellant's motion to be a post-conviction petition for a writ of habeas corpus. *See Harris v. State*, ___ Nev. ___, ___, 329 P.3d 619, 628 (2014) (holding that motions to withdraw should be construed as post-conviction petitions for writs of habeas corpus because a post-conviction petition for a writ of habeas corpus is the exclusive remedy to challenge the validity of a guilty plea after sentencing).

However, appellant conceded in his motion that he had expired his sentence and was no longer in custody pursuant to the judgment of conviction at issue in this case. A post-conviction petition for

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40391

a writ of habeas corpus is not available to prisoners who have completed the sentence imposed by the judgment of conviction and are no longer in custody.[2] *See* Nev. Const. art. 6, § 6(1); NRS 34.724(1); *Jackson v. State*, 115 Nev. 21, 23, 973 P.2d 241, 242 (1999). Therefore, we conclude that the district court did not err in denying the motion, and we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                                    Saitta

cc:   Hon. Michelle Leavitt, District Judge
Neill Samuell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]It does not appear that appellant's claims fit within the scope of a petition for a writ of *coram nobis*. *See Trujillo v. State*, 129 Nev. ___, ___, 310 P.3d 594, 601 (2013).